

FILED

OCT 3 1 2008

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                              )    Case No. 08-32768-D-13L
                                    )
KATHLEEN B. FIELD,                  )
                                    )
                   Debtor.          )
_____    )
                                    )
KATHLEEN B. FIELD,                  )    Adv. Pro. No. 08-2593-D
                                    )
                   Plaintiff,       )    Docket Control No. KBF-1
                                    )
v.                                  )
                                    )
USDA RURAL DEVELOPMENT,             )
                                    )
                   Defendant.       )
_____    )

## MEMORANDUM DECISION

The court having considered the application of the debtor
and plaintiff herein, Kathleen B. Field ("the debtor"), for a
temporary restraining order and for a hearing on a motion for a
preliminary injunction, the court makes the following findings of
fact and conclusions of law.

On September 9, 2008, the debtor filed a voluntary petition
under chapter 13 of the U.S. Bankruptcy Code, thereby commencing
the bankruptcy case in which this adversary proceeding is
pending.  On October 9, 2008, having considered the debtor's
written opposition and oral arguments made at a hearing held
October 7, 2008, the court granted the motion of the United
States of America, Department of Agriculture, Rural Development
Agency ("Rural Housing") for relief from the automatic stay of 11
U.S.C. § 362(a).

Today, October 31, 2008, at 10:17 a.m., the debtor filed the complaint which initiated this adversary proceeding.  At the same time, she filed an application for a temporary restraining order and order to show cause re preliminary injunction, in which she seeks an order from this court to prevent Rural Housing from selling her home at a foreclosure sale set for today, at 1:30 p.m.  The debtor filed a proof of service evidencing service of the application, notice of motion, and declaration of the debtor on the office of the United States Attorney for this district by hand-delivery today.

This is the third case filed by the debtor and/or her husband, Richard L. Field, in an attempt to defer or prevent Rural Housing's foreclosure sale.  The first case, Case No. 05-40750-D-13L, was commenced by the debtor and Mr. Field jointly on November 2, 2005, five days before the then-scheduled foreclosure sale date, and was dismissed by this court on January 30, 2008, for failure to make plan payments, after the court had granted two motions by the Fields to modify their confirmed plan.  The second case, Case No. 08-25433-D-13L, was filed by Mr. Field alone on April 28, 2008, two days before the then-scheduled foreclosure sale date, and was dismissed on July 25, 2008, for failure to make payments under his proposed chapter 13 plan.[1] The third case, the present one, was commenced by the debtor alone on September 9, 2008, one day before the then-scheduled foreclosure sale date.

---

    1.  The court had granted relief from stay in favor of Rural Housing at a hearing held July 22, 2008, two days prior to the date of the hearing on the chapter 13 trustee's motion to dismiss the case.

1    As previously indicated, the court granted relief from stay
2  in this case in favor of Rural Housing on October 9, 2008.  The
3  debtor delayed until this morning, less than three and one-half
4  hours before the time of the scheduled foreclosure sale, before
5  seeking an order restraining the sale, and before notifying Rural
6  Housing that she would be seeking such an order.  The debtor has
7  offered no explanation for this delay.  The debtor has not shown
8  that there has been any change in her circumstances since relief
9  from stay was granted on October 9, 2008.  The debtor makes no
10  allegation in the application for a temporary restraining order
11  that was not offered previously in her opposition to the motion
12  for relief from stay.

13    Under these circumstances, the court finds that the debtor
14  has failed to shows facts that would warrant the issuance of a
15  temporary restraining order.  In addition, the court finds that
16  the debtor failed to make reasonable and timely efforts to
17  contact the court to arrange for a hearing, or to contact Rural
18  Housing's counsel to advise him or her of the time and place
19  where the debtor would request relief from the court.  The court
20  is not satisfied that service of the application, notice of
21  motion, and declaration on Rural Housing less than three and one-
22  half hours prior to the time of the scheduled sale satisfies the
23  notice requirements of Federal Rule of Civil Procedure
24  65(b)(1)(B), incorporated in this proceeding by Federal Rule of
25  Bankruptcy Procedure 7065, or the notice requirements of Local
26  Bankruptcy Rule 7065-1(a) and (b)(5).
27  / / /
28  / / /

- 3 -

1     For these reasons, the court will deny the debtor's

2   application for a temporary restraining order and will deny the

3   debtor's motion for a preliminary injunction as moot.  The court

4   will issue an appropriate order.

5   Dated: October 31, 2008                 *Robert Bardwil*

                                    ROBERT S. BARDWIL
6                                   United States Bankruptcy Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

## CERTIFICATE OF MAILING

I, Andrea Lovgren, in the performance of my duties as Deputy Clerk to the Honorable Robert S. Bardwil, mailed by ordinary mail a true copy of the attached document to each of the parties listed below:

Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814

Lawrence Loheit
P.O. Box 1858
Sacramento, CA 95812-1858

Kathleen Field
669 Willowgreen Cir.
Galt, CA 95632

Todd Pickles
Office of the U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814–2322


DATE:  10/31/08

Deputy Clerk